UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-316 |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| AARON J. BURROUGHS, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1591(a)(1) |
| Defendant. | : | (Sex Trafficking of Children) |
| | : | |
| | : | 18 U.S.C. § 2423(a) |
| | : | (Transportation of a Minor to Engage in |
| | : | Prostitution) |
| | : | |
| | : | 22 D.C.Code § 3008 |
| | : | (First Degree Child Sexual Abuse) |
| | : | |
| | : | 22 D.C.Code §§ 3008, 3020 |
| | : | (First Degree Child Sexual Abuse With |
| | : | Aggravating Circumstances) |
| | : | |
| | : | 18 U.S.C. § 1594(b)(1) |
| | : | (Criminal Forfeiture) |
| | : | |
| | : | 18 U.S.C. § 2253(a)(3) |
| | : | (Criminal Forfeiture) |

LEON, J. RJL

INDICTMENT

OCT 19 2006



The Grand Jury charges that:

COUNT ONE

Beginning on or about August 1, 2005, and continuing until on or about July 31, 2006, in the District of Columbia and elsewhere, **AARON J. BURROUGHS**, knowingly, and in and affecting interstate commerce, recruited, enticed, harbored, transported, provided, and obtained by

any means S.G., a minor under the age of 18, knowing that S.G. had not attained the age of 18 and that S.G. would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591 (a)(1)).

## COUNT TWO

Beginning on or about August 1, 2005, and continuing until on or about July 31, 2006, in the District of Columbia and elsewhere, **AARON J. BURROUGHS**, knowingly transported S.G., a minor under the age of 18, in interstate commerce, that is, from Maryland to the District of Columbia, with the intent that S.G. engage in prostitution.

(**Transportation of a Minor to Engage in Prostitution**, in violation of Title 18, United States Code, Section 2423(a)).

## COUNT THREE

Between on or about September 1, 2005, and on or about October 31, 2005, within the District of Columbia, **AARON J. BURROUGHS**, being more than four years older than S.G., a child under 16 years of age, that is, 14 years of age, caused S.G. to engage in a sexual act, that is, contact between S.G.'s mouth and the penis of an individual not indicted herein.

(**First Degree Child Sexual Abuse,** in violation of Title 22, District of Columbia Code, Section 3008 (2001 ed.))

## COUNT FOUR

Between on or about August 1, 2005, and November 8, 2005, in the District of Columbia, **AARON J. BURROUGHS**, being more than four years older than S.G., a child under 16 years of age, that is, 14 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, contact between S.G.'s mouth and **AARON J. BURROUGHS'S** penis.

*The Grand Jury further charges* that, at the time of the offense, S.G. was under the age of

18 and **AARON J. BURROUGHS** had a significant relationship with S.G., that is, **AARON J. BURROUGHS** was a coach of a team with which S.G. was affiliated.

**(First Degree Child Sexual Abuse (With Aggravating Circumstances),** in violation of Title 22, District of Columbia Code, Sections 3008, 3020(a)(2) (2001 ed.))

### COUNT FIVE

On numerous occasions between on or about November 8, 2005, and on or about July 29, 2006, any one and all of which constitute the offense of First Degree Child Sexual Abuse, but which the Grand Jury cannot further differentiate by date, in the District of Columbia, **AARON J. BURROUGHS**, being more than four years older than S.G., a child under 16 years of age, that is, 15 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is, penetration of S.G.'s vulva by **AARON J. BURROUGHS'S** penis.

**(First Degree Child Sexual Abuse,** in violation of Title 22, District of Columbia Code, Section 3008 (2001 ed.))

### COUNT SIX

On or about July 30-31, 2006, within the District of Columbia, **AARON J. BURROUGHS**, being more than four years older than S.G., a child under 16 years of age, that is, 15 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is contact between S.G.'s mouth and **AARON J. BURROUGHS'S** penis.

**(First Degree Child Sexual Abuse,** in violation of Title 22, District of Columbia Code, Section 3008 (2001 ed.))

## FORFEITURE ALLEGATION

1. The allegations alleged in Counts One and Two of this Indictment are realleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 1594, 2428, and 2253.

2. Upon conviction of the offense alleged in Count One of this Indictment, defendant **AARON J. BURROUGHS** shall forfeit to the United States, pursuant to 18 U.S.C. § 1594, all of said defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, including, but not limited to, the following:

## CONVEYANCES

One 1995 Land Rover Range Rover truck, Maryland Tag number 764M556, expiration date May 2008, and

One 2000 Chevrolet Monte Carlo, Maryland Tag number 1ALP81, expiration date March 2007.

3. Upon conviction of the offense alleged in Count Two of this Indictment, defendant **AARON J. BURROUGHS** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any property, real or personal, used or intended to be used to commit or promote the commission of such offense, and, pursuant to 18 U.S.C. § 2428, defendant's interest in any property, real or personal that was used or intended to be used to commit or to facilitate the commission of such violation, including but not limited to, the following conveyances:

**CONVEYANCES**

One 1995 Land Rover Range Rover truck, Maryland Tag number 764M556, expiration date May 2008, and

One 2000 Chevrolet Monte Carlo, Maryland Tag number 1ALP81, expiration date March 2007.

**(Criminal Forfeiture,** pursuant to Title 18 United States Code Sections 1594(b)(1), 2253(a)(3) and 2428(a)(1)).

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.