IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | Judge: Richard J. Leon |
| v. | : | Case No. 06-316 |
| | | Next Date: Arraignment |
| AARON J. BURROUGHS | : | |

## LINE OF APPEARANCE

Madame Clerk:

PleasePlease enter the appearance of ShraPlease enter the appearance of Shraga Kawior, Plea P.C.,P.C., as co-counsel on behalf of the Defendant, Aaron J. Burroughs, iP.C., as co-counsel on matter. Thank you.

Respectfully Submitted,

KAWIOR & FELDMAN, P.C.

_____
Shraga Kawior (Bar #334367)
8630 Fenton Street
Suite 822
Silver Spring, Maryland 20910
P: (301) 565-2900
F: (301) 587-4559
Counsel for Defendant

CERTIFICATE OF SERVICE

II HEREBY CERTIFY that on this 24th day of October, 2006, I day of October, 2006, I Line of Appearance via facsimile and U.S. Mail, first-class postage pre-paid to:

Kimberly A. Herd, Esq.
Office of the United States Attorney
555 4th Street
Room 10-840
Washington, D.C. 20004

_____
Shraga Kawior