UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-316 (RJL) |
| : | |
| AARON J. BURROUGHS, : | |
| : | |
| : | |
| Defendant. | |

## NOTICE OF APPEARANCE AS COUNSEL AND CO-COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney Mary B. McCord, D.C. Bar Number 427563, telephone number 202-353-8132, who hereby enters her appearance as counsel in this case. This is a notice that Assistant United States Attorney Kim A. Herd, D.C. Bar Number 461615, telephone number (202) 616-9370, who has previously entered her appearance in this case, should be listed as co-counsel.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
MARY B. McCORD
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 427563
555 4th Street, N.W., Room 10-417
Washington, DC 20530
(202) 353-8132

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this Notice was served via facsimile (301-587-4559) on counsel for the defendant, Spencer M. Hecht, Esq., Hecht & Associates, 8630 Fenton St., Suite 822, Silver Spring, MD 20910, and Shraga Kawior, Esq., Kawior & Feldman, 8630 Fenton St., Suite 822, Silver Spring, MD 20910, this 25th day of October, 2006.

 

_____
MARY B. McCORD
ASSISTANT UNITED STATES ATTORNEY