UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 06-316 (RJL) |
| | : |
| AARON J. BURROUGHS, | : |
| | : |
| Defendant. | : |

GOVERNMENT'S PROFFER OF EVIDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits this proffer in support of its motion for detention pursuant to 18 U.S.C. § 3142(e).

1. On October 19, 2006, a federal grand jury returned a six-count indictment charging the defendant, AARON BURROUGHS, with one count of sex trafficking of children (18 U.S.C. § 1591), one count of transportation of a minor to engage in prostitution (18 U.S.C. § 2423(a)), one count of first-degree child sexual abuse with aggravating circumstances (D.C. Code §§ 22-3008, -3020), and three additional counts of first-degree child sexual abuse (D.C. Code § 22-3008).

2. The government's evidence will show that, on July 31, 2006, a police officer in Takoma Park, Md., discovered a 15-year-old girl, S.G., engaged in prostitution in a vehicle.

3. S.G. was interviewed and identified her pimp as Aaron Burroughs. That night, she had been prostituting on the D.C. "track" in the 1500 block of Rhode Island Ave., N.E., in Washington, D.C., an area well-known for prostitution.

4. S.G. will testify that she met Burroughs when he was a JV football coach at Bowie High School, where she was a student, when she was 14 years old. Burroughs is also a Metro bus driver.

5. As the fall 2005 school year began, when S.G. was 14 years old, Burroughs had S.G. perform oral sex on him. He then introduced S.G. to prostitution by suggesting that she could make some easy money. She was still just 14 years old. Beginning in the fall of 2005, Burroughs brought S.G. from Maryland to the District of Columbia and put her on the "track" in the 1500 block of Rhode Island Ave., N.E. to prostitute.

6. In his Monte Carlo, Burroughs showed S.G. a videotape about "pimps and hoes." He then explained the "rules" of prostitution, and established the prices she should charge for various sex acts. Burroughs instructed S.G. that, if stopped by the police, she should tell them she was 19 years old and a student at Bowie State University.

7. The first night on the track, S.G. made about $1000, of which Burroughs took $600 and she kept $400.

8. Burroughs continued to transport S.G. into the District of Columbia from Maryland, for purposes of prostitution, until July 31, 2006, when she was discovered by police in Takoma Park, Md.

9. Burroughs also arranged "dates" for S.G. with his friends and family. In September or October 2005, he brought her from Maryland into D.C. to engage in a sexual act with his friend, Michael Malloy, a U.S. Capitol Police Officer. They

       drove near the Capitol to meet Malloy, then S.G. performed oral sex on Malloy in Burroughs's car in exchange for money, which Malloy paid to Burroughs.

10. S.G. engaged in sexual acts with Malloy on two other occasions, both at Malloy's house in Charles County, Maryland. Both times, Burroughs took S.G. to Malloy's house, and both times, Burroughs and Malloy videotaped S.G. engaging in numerous different sex acts with both men. The videotape of S.G. engaging in sexual acts, including vaginal and oral sex, was subsequently seized by FBI investigators during the execution of a search warrant at Malloy's residence.

11. In addition to transporting S.G. into the District of Columbia for purposes of prostitution, Burroughs took S.G. to Staunton, Va., and left her at a hotel, where she engaged in prostitution with two of his friends. S.G. had to call her sister to pick her up in Staunton and bring her home. Burroughs also took her to a car wash in Maryland to engage in prostitution.

12. The evidence will show that, throughout this entire time, Burroughs was also regularly engaging in sexual acts with S.G., including vaginal and oral sex, in both Maryland and the District of Columbia. On July 30 or 31, 2006, just before S.G. went out on the "track," she had performed oral sex on the defendant in his Range Rover in a Metro bus parking lot, before the Burroughs began his shift.

13. The evidence will show that, when the victim suggested that she did not want to continue to prostitute herself for Burroughs, he would tell her that she owed him because he had once helped to quash rumors about her.

14. The evidence will further show that, on July 30, 2006, Burroughs had rented a hotel room at the Budget Inn, on Rhode Island Ave., N.E., for S.G. to use for

prostitution. After S.G. was arrested and interviewed, she participated in several one-party consent phone calls to Burroughs on July 31, 2006. During the phone calls, which were recorded, S.G. indicated that she had been released after having been arrested, and that she was at the hotel and needed to get her things and get a ride. Burroughs told her that he had already retrieved her things, and that he would come and get her. Burroughs was arrested when he pulled into the Budget Inn parking lot in his Range Rover.

15. Upon arrest, Burroughs waived his rights and was interviewed. He admitted to having engaged in a sex act with S.G. the previous night in the Metro bus yard in the District of Columbia. Burroughs admitted that he knew that S.G. was an underage child. He also admitted to having transported S.G. from Maryland into D.C., and other locations, to engage in prostitution with his friends and other customers, for money. He admitted to establishing the prices she should charge for sex acts: $50 for oral sex and $100 for vaginal sex. He admitted that Michael Malloy was one of the persons with whom he arranged for S.G. to have sex for money. He further admitted that he and Malloy had videotaped themselves engaging in sexual acts with S.G. at Malloy's residence in Maryland. He also admitted taking S.G. to Staunton, Virginia, where he left her to engage in prostitution with his friends.

16. Burroughs also admitted that he supplemented his income by selling marijuana. S.G. will also testify that Burroughs had sold marijuana to students at Bowie High School. A search of Burroughs's Range Rover resulted in the recovery of

approximately 2 ounces of green, weed-like substance (which field-tested positive for the presence of THC), a scale, and plastic baggies.

17. Also found in the Range Rover were S.G.'s bookbag and cell phone, a card from S.G., and a receipt from the Budget Inn for July 30, 2006. In Burroughs's Monte Carlo, which was subsequently searched, police found videotapes about prostitution.

18. Michael Malloy was subsequently interviewed and admitted to having engaged in sexual acts with S.G. at his house in Maryland. Malloy admitted that he and Burroughs had videotaped themselves engaging in sexual acts with S.G. and that the tape was at his house. The tape was found during the subsequent execution of a search warrant. The tape graphically reveals Burroughs and Malloy engaging in vaginal and oral sex with S.G. On the tape, Burroughs is heard saying, "another Bad Boy Entertainment Film . . . straight out of L.A."

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
MARY B. McCORD
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 427563
555 4th Street, N.W., Room 10-417
Washington, DC 20530
(202) 353-8132

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this Proffer was served by hand on counsel for the defendant, Spencer M. Hecht, Esq., Hecht & Associates, 8630 Fenton St., Suite 822, Silver Spring, MD 20910, and Shraga Kawior, Esq., Kawior & Feldman, 8630 Fenton St., Suite 822, Silver Spring, MD 20910, this 26th day of October, 2006.

_____
MARY B. McCORD
ASSISTANT UNITED STATES ATTORNEY