# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON J. BURROUGHS<br><br>DOB:  PDID: 588-173 | DOCKET NO: 06-316  MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Aaron J. Burroughs<br><br>**FILED**<br>OCT 2 6 2006<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

SEX TRAFFICKING OF CHILDREN;
TRANSPORTATION OF A MINOR TO ENGAGE IN PROSTITUTION;
FIRST DEGREE CHILD SEXUAL ABUSE;
FIRST DEGREE CHILD SEXUAL ABUSE WITH AGGRAVATING CIRCUMSTANCES;
CRIMINAL FORFEITURE;
CRIMINAL FORFEITURE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18:1591(a)(1); 18:2423(a); 22 D.C. Code 3008; 22 D.C. Code 3008, 3020; 18:1594(b)(1); and 18:2253(a)(3)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE ROBINSON | U.S. MAGISTRATE JUDGE ROBINSON | 10/19/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>10/19/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | 10/26/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE EXECUTED | 10/26/06 | D.L. BALDWIN | |
| HIDTA CASE: Yes __ No X | | USMS | OCDETF CASE: Yes __ No X |