IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO.: 06-316 (RJL) |
| | : |
| AARON J. BURROUGHS | : |
| | : |

DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION
FOR PRE-TRIAL DETENTION PURSUANT TO 18 U.S.C. §3142(e)

COMES NOW, Defendant, Aaron J. Burrough[s], through undersigned counsel, [in opposition] to the Government's Motion for Detention pursuant to 18 U.S.C. §3142(e). In support thereof, the defendant states the following:

1. On or about October 19, 2006, a federal grand jury returned an Indictment charging the Defendant with the following criminal offenses: sex [trafficking in] violation of 18 U.S.C. §1591, transportation of [a minor in violation of] 18 U.S.C. §2423(a), first degree child sex abuse [in violation of] D.C. Code §§ 22-3008, 22-3020, and three (3) counts of first degree child sex abuse.

2. On or about October 26, 2006, the Government [filed its Proffer of] Evidence in support of its Motion for Detention pursuant to 18 U.S.C. §3124(e). While the Government's proffer purportedly addresses t[he nature of the offenses] charged in the Indictment, and the weight of evide[nce, it addresses only] two (2) of the four (4) factors delineated [in 18 U.S.C. §3142(g). The] Government's proffer fails to address whether the[re are conditions that will] assure the appearance of the defendant and the safety of [the community.]

-2-

18 U.S.C. §3142(g) provides in relevant part:

Factors to be Considered. The judicial officer shall, in determining whether there are conditions of release that will reasonably assure the appearance of the ... any other person and the community, take into account information available concerning -

(1) The nature and circumstances of the offense charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves ... controlled substance, firearm, explosive, or destructive device,

(2) The weight of the evidence against the person;

(3) The history and characteristics of the person, including

a. The person's character, physical and ... financial resources, length of residence in the community, community ties, ... relating to drug or alcohol abuse, criminal history, and record concern... proceedings, and

b. Whether, at the time of the current offense or arrest, the ... on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

(4) The nature and seriousness of the danger to any person or the community ... would be posed by the person's release.

3. Notwithstanding the aforementioned ... crime(s) of violence as that term is defined under ... that the defendant forced, threatened, or coerced a... engage in sexual acts or acts of prostitu...

-3-

engaged in unlawful conduct with more than one (1) individual, which is highly relevant to the present issue before the Court - whether there [are conditions that would] assure the appearance of the Defendant and the safety of any other person and the community. The Defendant submits that home detention [with] Services, and the requirement that the Defendant have no contact [with...] adequately assure the safety of any other person [and rebut the] allegation that the defendant has a propensity to commit the alleged acts generally.

4. Prior to the Defendant's Indictment in Federal Court, the Honorable Rhonda Reid-Winston, Associated Judge of the Superior [Court, found] that the Defendant is not a flight risk based on the length of time he has resided in the Washington Metropolitan Area and the length of his [employment]. Reid-Winston also noted that the Defendant does not have an arrest record or any [prior] criminal convictions.

5. The Defendant is thirty-five (35) years-old and [resides in] Maryland. The Defendant is a life-long [resident who] maintains extremely close ties with the community. The Defendant [has a] child for whom he provides financial support. Prior to [his arrest, the] Defendant was gainfully employed by the Washington Metropolitan Area Transit Authority (WMATA) as a Metrobus operator. The Defendant had been [employed for] six (6) years. In addition to full time employment, [the Defendant coached] at Bowie High School located in Bowie, Maryland. [He is described by] friends, co-workers, and players as responsible, dedicated, and benevolent. See Exhibit A.

-4-

6. The Defendant has no history of alcohol or drug or assaultive behavior. The Defendant has been welcomed back to the above-captioned matter.

7. The Defendant has been evaluated for the Study Prevention and Treatment of Sexual Trauma, formerly, the Johns H Disorders Clinic. Undersigned counsel has above-captioned matter, and the Defendant's proposed treatment, with M.D., Ph.D., who established the National Institute as a free-standing, p care to patients with a variety of sexual disorders. Services offered by the clinic inc comprehensive psychiatric and forensic evaluations and consu family therapy and pharmacotherapy. Dr. Berlin believ benefit from treatment at the National Institute given his background instant matter.

8. As noted above, the Defendant has no prior criminal convictions as an adult or juvenile.

9. At the time of the Defendant's arrest for the instant offense(s), he was not probation, parole, or other release pending trial, sentencing, appeal, for an offense under Federal, State or Local law.

10. The Defendant has privately for all scheduled court appearances.

11. In light of the Defendant's history and characteristics, and the specific allegations contained in the Indictment, the Defendant submit which will adequately assure the safety

-5-

home detention, electronic monitoring, [no contact] with the alleged victim, and the further condition that the Defendant participate in the National Institute for the Study Prevention and Treat[ment of ...], [in the] custody of a designated person and/or organization that agrees [to report] any violation of a condition of release to this Honorable Court.

WHEREFORE, for the foregoing reasons, Defendant, requests this Honorable Court deny the Government's Motion for Detention [under 18] U.S.C. 3142(e).

Respectfully submitted,

| HECHT & ASSOCIATES | KAWIOR & FELDMAN, P.C. |
|---|---|
| _____ | _____ |
| Spencer M. Hecht | Shraga Kawior |
| 8630 Fenton Street | 8630 Fenton Street |
| Suite 822 | Suite 822 |
| Silver Spring, Maryland 20910 | Silver Spring, Maryland 20910 |
| P: (301) 587-2099 | P: (301) 587-2099 |
| F: (301) 587-4559 | F: (301) 587-4559 |
| Counsel for Defendant | Counsel for Defendant |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31h day of O[ctober, 2006, a copy of the foregoing] Motion was mailed first-class, postage pre-paid to the following:

> Kim A. Herd
> Mary B. McCord
> Assistant United States Attorney
> 555 4th Street, N.W.
> Room 10-417
> Washington, DC 20530

_____
Spencer M. Hecht

August 9, 2006

TO WHOM IT MAY CONCERN:

WE THE NEIGHBORS OF VINEYARD CT, CROFTON, MD 24441

**DO NOT FEAR** OUR NEIGHBOR MR AARON J. BURROUGHS IF HE WERE TO RETURN TO THE COMMUNITY.

IF THIS PETITION CAN HELP IN MR BURROUGHS RELEASE TO COME HOME WE ARE WILLING TO ENBRACE HIM WITH OPEN ARMS.

MR BURROUGHS HAS LIVED IN THIS COMMUNITY FOR APPROXIMATELY 14 YEARS AND AS NEIGHBORS WE HAVE ALL GOTTEN ALONG.

MR AARON BURROUGHS HAS ALWAYS BEEN THE NEIGHBOR TO KEEP US ALL TOGETHER WITH HIS FRIENDLY HELLOS AND SMILES.

SIGNATURE _S.G. Gerhardt_ 1450 Vineyard Ct
SIGNATURE _Jay Gerhardt_ 1450 Vineyard Ct
SIGNATURE _M. Callahan_ 1460 Vineyard Ct
SIGNATURE _Laurie Callahan_ 1462 Vineyard Ct
SIGNATURE _D. J. Ryder_ 1457 Vineyard Ct
SIGNATURE _Karl Ri_ 1444 Vineyard Ct

September 4, 2006

The Honorable Judge Rhonda Reid-Winston
Superior Court of the District of Columbia
500 Indiana Ave, NW
Washington, DC 20001

Re: United States of America v. Aaron J. Burroughs

Dear Honorable Judge Reid-Winston:

My name is Theresa Hill-Winston. I am the first cousin of Ms Lynette Burroughs the mother of the defendant Aaron J. Burroughs. Ms Burroughs and I were raised together as sisters and have remained sisters through our adult years.

I am writing this letter to inform the court of my willingness to act as a third-party custodian for Aaron J. Burroughs if he is released on home detention pending trial. In this capacity, I am ready and able to reside at the residence and supervise Mr. Burroughs in this matter as long as needed.

Through the years my husband and I spend a considerable amount of time in Ms Burroughs home. I will be more than happy to accommodate our family at this most difficult time.

I have know Aaron since birth and he has never been a problem to his parents, family or any one else that I know. If this letter can help in any way, I can be reached for further consultation at 240-353-6413. I am also available to appear in court to address any additional questions or concerns that the court may have.

Sincerely yours,

*Theresa H. Winston*

Ms Theresa Hill-Winston

Kytemique' L. Freeman
11431 Abbotswood Ct
Upper Marlboro. MD 20774
Office 301-817-0484
Home 301-324-3735

October 11, 2006

Spencer Hecht, Attorney at Law
8600 Fenton Lane, Suite 822
Silver Spring, MD 20910

RE: Character Letter for Aaron Burroughs

Dear Mr. Hecht:

I am a parent in the Bowie area and I have had the opportunity of meeting and knowing Coach Aaron Burroughs for approximately twenty years. Mr. Burroughs coached my sons in football. While coaching my sons I had the opportunity to meet Coach Aaron and become acquainted with him in the manner that he took pride in devoting his time teaching and coaching children the values of staying in school and making good grades. He always explained the importance of education to my children.

Coach Aaron has always shown intellect and professionalism in working with and coaching children. He has shown a great deal of pride and concern making sure that the kids excel school as well as in sports.

If this letter can help in any way, Mr. Burroughs has shown to be an outstanding leader, role model and inspiration not only to me but to the children in the community and as a parent of sons that he has coached and my meeting Mr. Aaron Burroughs, I would like to say Mr. Burroughs should be given a chance to come back into the community and be able to continue to exercise his coaching ability helping children.

Sincerely,

*Kytemique Freeman*

Ms Kytemique Freeman

October 11, 2006

To Whom It May Concern:

My name is Darlene Robinson and I am writing this letter regarding Aaron Burroughs, character. Aaron has coached my two sons in football with the Bowie Boys and Girls Club for a number of years, he has become a member of my family and I have great respect for him as a coach as well as a good citizen within the Bowie Community. Thought out the years of knowing Coach Aaron he has always showed respect and love to all. I am a teacher in Prince George's county. I feel that Aaron is not a threat to the community. It really saddens my heart to know that he is in a situation as this one. I pray that a door with open on his behalf.

Thank you

*Darlene Robinson*

Ms. Darlene Robinson

September 29, 2006

TO: Whom It May concern

Re: Charater letter for Aaron J. Burroughs

Dear Mr Hecht:

I was privileged to work with Aaron Burroughs as a student intern at NBC in the early 1990's. I was a NBC Channel 4 cameraman until my retirement. Aaron has always been a leader in the community and has always loved coaching. Aaron has always held a job and he is a very bright and industrious young man. As an intern working with me, Aaron attended several NFL football games which he met several professional football players, managers, and coaches from different teams. Aaron is a young man through out my knowing him has showed maturity and great leadership in his endeavors.

As someone who participated in the NBC student intern program, I can honestly say this is not a young man that should have his future destroyed by the recent events that took place a month ago. If this letter can help in any way to exonerate Aaron in this chapter in his life I would recommend that he be given a second chance. I firmly believe that this is a mistake and Aaron is not the person that the media is portraying him to be.

I trust that you'll find Aaron to be an intelligent and professional young man who deserves to have a chance at life not jail. He is not the criminal type of person.

I was very disturbed when I heard this and I know for a fact what type of young man Aaron is and what type of family background he came from.

Sincerely,

Harry Davis
Hdavisnbc@aol.com