UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

     v.                                  :           Criminal No.: 06-316 (RJL)

AARON J. BURROUGHS                 :

CONSENT MOTION TO CONTINUE STATUS CONFERENCE

     COMES NOW, Defendant, Aaron J. Burroughs, (hereinafter "Defendant"), by and through undersigned counsel, and respectfully requests this Honorable Court continue the status conference presently scheduled for December 21, 2006 at 11:00 a.m. In support thereof, Defendant states the following:

     1.    The Defendant is presently charged by Indictment with two (2) counts of First Degree Child Sex Abuse in violation of 22 D.C. Code §3008, one (1) count of Transportation of a Minor to Engage in Prostitution, in violation of 18 U.S.C. §2423(a), and one (1) count of Sex Trafficking of Children, in violation of 18 U.S.C. 1591(a). The Defendant is currently detained on a no bond status.

     2.    A Status Conference is presently scheduled for December 21, 2006 at 11:00 a.m. before the Honorable Richard J. Leon.

     3.    On or about December 12, 2006, undersigned counsel commenced meaningful plea discussions with counsel for the Government. The parties anticipate that said plea discussions will continue past the Status Conference presently scheduled for December 21, 2006.

     4.    In addition to the aforementioned plea discussions, there are several items of discovery that are currently pending and it is uncertain whether the Government

will be in a position to produce the additional discovery on or before the presently scheduled status conference.

5. All parties to the above-captioned matter request that the presently scheduled status conference be continued in the interests of judicial economy and to allow the parties to continue plea negotiations.

6. The parties propose the following dates to reset the status conference: January 8, 2006 (afternoon), January 10, 2006 (afternoon), and January 12, 2006 (morning).

WHEREFORE, for the foregoing reasons, the Defendant, Aaron J. Burroughs, by and through undersigned counsel, and with the consent of the Government, respectfully requests this Honorable Court continue the presently scheduled status conference to one of the proposed dates contained herein.

Respectfully Submitted,

| HECHT & ASSOCIATES | KAWIOR & FELDMAN, P.C. |
|---|---|
| _____ | _____ |
| Spencer M. Hecht (#484059) | Shraga Kawior (#334367) |
| 8630 Fenton Street | 8630 Fenton Street |
| Suite 822 | Suite 822 |
| Silver Spring, Maryland 20910 | Silver Spring, Maryland 20910 |
| P: (301) 587-2099 | P: (301) 565-2900 |
| F: (301) 587-4559 | F: (301) 587-4559 |
| Counsel for Defendant | Counsel for Defendant |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of December, 2006, I sent the foregoing Consent Motion via facsimile and U.S. Mail, first-class postage pre-paid to:

Mary B. McCord, Esq.
Office of the United States Attorney
555 4th Street
Room 10-840
Washington, D.C. 20004

                                          _____
                                          Spencer M. Hecht