UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :

    v.                                 :      Criminal No.: 06-316 (RJL)

AARON J. BURROUGHS                  :

CONSENT MOTION TO CONTINUE STATUS CONFERENCE

    COMES NOW, Defendant, Aaron J. Burroughs, (hereinafter "Defendant"), by and through undersigned counsel, and respectfully requests this Honorable Court continue the status conference presently scheduled for January 10, 2007 at 11:00 a.m. In support thereof, Defendant states the following:

    1.    The Defendant is presently charged by Indictment with two (2) counts of First Degree Child Sex Abuse in violation of 22 D.C. Code §3008, one (1) count of Transportation of a Minor to Engage in Prostitution, in violation of 18 U.S.C. §2423(a), and one (1) count of Sex Trafficking of Children, in violation of 18 U.S.C. 1591(a). The Defendant is currently detained on a no bond status.

    2.    A Status Conference is presently scheduled for January 10, 2006 at 11:00 a.m. before the Honorable Richard J. Leon.

    3.    On or about December 12, 2006, undersigned counsel commenced meaningful plea discussions with counsel for the Government. Counsel for both parties expect plea discussions to last through the end of January 2007. Said discussions will likely include a debriefing by the Defendant before the appropriate law enforcement agencies.

    4.    Government counsel is also awaiting various lab reports and analysis covered under Rule 16 material.

5. Lastly, Shraga Kawior, co-counsel for the Defendant, recently suffered a loss in his immediate family and has been overseas and out of the office for the past two (2) weeks. Mr. Kawior expects to return to the office and participate in the ongoing plea discussions in the next several weeks.

6. All parties to the above-captioned matter request that the presently scheduled status conference be continued in the interests of judicial economy and to allow the parties to continue plea negotiations.

7. The parties propose the following dates to reset the status conference: February 5, 2007 (morning) and February 9, 2007 (morning). Counsel would be happy to provide additional and/or alternative dates should either pose a problem for the Court.

8. The Defendant agrees that any additional time necessary to engage in plea discussions and a possible resolution of the above-captioned matter is excludable under 18 U.S.C. §3161(h).

WHEREFORE, for the foregoing reasons, the Defendant, Aaron J. Burroughs, by and through undersigned counsel, and with the consent of the Government, respectfully requests this Honorable Court continue the presently scheduled status conference to one of the proposed dates contained herein.

Respectfully Submitted,

| HECHT & ASSOCIATES | KAWIOR & FELDMAN, P.C. |
|---|---|
| Spencer M. Hecht (#484059) | Shraga Kawior (#334367) |
| 8630 Fenton Street, Suite 822 | 8630 Fenton Street, Suite 822 |
| Silver Spring, Maryland 20910 | Silver Spring, Maryland 20910 |
| P: (301) 587-2099 | P: (301) 565-2900 |
| Counsel for Defendant | Counsel for Defendant |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2007, I sent the foregoing Consent Motion via facsimile and U.S. Mail, first-class postage pre-paid to:

Mary B. McCord, Esq.
Office of the United States Attorney
555 4th Street
Room 10-840
Washington, D.C. 20004

_____
Spencer M. Hecht