IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 06-316 (RJL) |
| AARON J. BURROUGHS | : | |
| Defendant | : | |

## MOTION TO WITHDRAW APPEARANCE

TO THE HONORABLE, THE JUDGES OF SAID COURT:

COMES NOW your Petitioner, Shraga Kawior, Esq., counsel for the Defendant, Aaron J. Burroughs, and respectfully represents to this Honorable Court:

1. That your Petitioner is currently co-counsel for the Defendant, Aaron J. Burroughs, along with Spencer Hecht, Esq. and Kevin McCants, Esq.

2. That on or about April 12, 2007, undersigned counsel received via fax an unsigned letter from the Defendant requesting that counsel withdraw his representation in the instant matter. (See Exhibit A.)

3. That on April 19, 2007 undersigned counsel conferred with the Defendant at which time the Defendant confirmed that he no longer desired undersigned counsel to continue representing him in the instant proceedings.

4. That the next event scheduled in the instant matter is a plea/status hearing set for May 4, 2007 at 11:00 a.m.

5. That the withdrawal of undersigned counsel will not delay the proceedings as the Defendant continues to be represented by Mr. Hecht and Mr. McCants.

6. That good cause exists and the interests of justice require that the instant motion

-2-

to withdraw appearance be granted.

    WHEREFORE, for the foregoing reasons, Shraga Kawior, respectfully requests:

    A.    That the Motion to Withdraw Appearance be granted;

    B.    That the appearance of Shraga Kawior as counsel for the Defendant be stricken;

    C.    That he be awarded such other and further relief as the nature of his cause may require.

        Respectfully submitted,

        /s/ Shraga Kawior
        Shraga Kawior
        KAWIOR & FELDMAN, P.C.
        8630 Fenton Street
        Suite 822
        Silver Spring, MD 20910
        (301) 565-2900

        Counsel for Defendant

April 10, 2007

Shraga Kawior
Attorney at Law
8630 Fenton Street
Suite 822
Silver Spring, MD 20910-3819

Dear Mr Kawior:

This letter is a letter of withdrawal from my case. It is with great regret that effective immediately I am asking that you be withdrawn from my criminal case United States vs Aaron J. Burroughs.

Respectfully yours,

Mr Aaron J. Burroughs



DEFENDANT'S EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 06-316 (RJL) |
| AARON J. BURROUGHS | : | |
| Defendant | : | |

**O R D E R**

UPON CONSIDERATION of the Motion to Withdraw Appearance filed by Shraga Kawior, Esq., the grounds thereto and for good cause, it is by the United States District Court for the District of Columbia this ____ day of _____, 2007,

ORDERED, that the Motion to Withdraw Appearance be and the same is hereby, GRANTED; and it is further,

ORDERED, that the appearance of Shraga Kawior as counsel for the Defendant, Aaron J. Burroughs, be and same is hereby, STRICKEN.

_____
JUDGE, United States District Court
for the District of Columbia

Copies to:

Shraga Kawior, Esq.
KAWIOR & FELDMAN, P.C.
8630 Fenton Street
Suite 822
Silver Spring, Maryland 20910

Aaron J. Burroughs, #311-273
D.C. Department of Corrections
1901 D Street, SE
Washington, D.C. 20003

Kevin McCants, Esq.
717 D Street, NW, Suite 300
Washington, D.C. 20004

Mary J. McCord
Kim A. Herd
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530

Spencer Hecht, Esq.
8630 Fenton Street
Suite 822
Silver Spring, Maryland 20910