UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-316 (RJL) |
| | : | |
| AARON J. BURROUGHS, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT**

On August 4, 2008, defendant Aaron J. Burroughs was sentenced by this Court in Criminal Nos. 07-201 and 07-126, after pleading guilty to the three counts charged in those cases. In accordance with the plea agreement entered into between the United States and the defendant, the United States respectfully moves this Court to dismiss the indictment in Criminal No. 06-316. Counsel for the defendant concurs in this request.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR,
UNITED STATES ATTORNEY
DISTRICT OF COLUMBIA

By:   _____/s/_____
MARY B. MCCORD,
Assistant United States Attorney
D.C. Bar No. 427563
555 4th Street, N.W.
Washington, D.C. 20530
202-514-7092
mary.mccord@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Government's Motion to Dismiss Indictment has been sent by mail, first-class postage prepaid, and electronic mail, to counsel for Aaron J. Burroughs, as follows, this 5th day of August, 2008:

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C. 20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com

                                          _____/s/_____
                                          MARY B. MCCORD,
                                          Assistant U.S. Attorney