# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 06-316 (RJL)** |
| | : | |
| **AARON J. BURROUGHS** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

WHEREUPON, having considered the Government's Motion to Dismiss Indictment, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that the Government's Motion is hereby GRANTED; and it is further

ORDERED that the indictment in Criminal No. 06-316 be dismissed.


Date:_____                      _____
                                             Richard J. Leon
                                             United States District Judge

cc:   Mary McCord
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20350
      202-514-7092
      mary.mccord@usdoj.gov

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C.  20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com