UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-316 (RJL) |
| | : | |
| | : | **FILED** |
| AARON J. BURROUGHS | : | |
| | : | AUG 0 8 2008 |
| Defendant | : | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| ORDER | | U.S. DISTRICT COURT |

WHEREUPON, having considered the Government's Motion to Dismiss Indictment, and the record herein, it is this 7th day of August, 2008, hereby

ORDERED, that the Government's Motion is hereby GRANTED; and it is further

ORDERED that the indictment in Criminal No. 06-316 be dismissed.

Date: 8/7/08

_____
Richard J. Leon
United States District Judge

cc:   Mary McCord
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20350
      202-514-7092
      mary.mccord@usdoj.gov

Spencer M. Hecht, Esq.
Hecht and Associates
801 Wayne Ave., Suite 400
Silver Spring, MD 20910
Fax: 301-587-2044
shecht@hechtassociates.net

Kevin J. McCants, Esq.
McCants and Grigsby Law Offices
1001 Pennsylvania Ave., N.W., Suite 600-S
Washington, D.C. 20004
Fax: 202-330-5155
kevinmccants@washintondclegalservice.com